# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) CHRISTY BAILEY, Personal Representative of the Estate Of Jeffrey Peterson,<br><br>Plaintiff,<br><br>vs.<br><br>(1) CITY OF ADA,<br>(2) OFFICER MARCUS BEALE<br>(3) OFFICER JUSSELY CANADA<br>(4) OFFICER MICHAEL MEEKS<br>(5) OFFICER PHILLIP VOGT<br><br>Defendants. | Case No. 20-CV-327-SPS |

## DEFENDANT MARCUS BEALE'S EXHIBIT LIST

The following exhibits are expected to be offered at the time of trial:

| No. | Exhibit |
|---|---|
| 1. | Ada Police Incident Report Number 19004006. |
| 2. | Body worn camera recording of Officer Jussely Canada. |
| 3. | Body worn camera recording of Officer Michael Meeks. |
| 4. | The entire OSBI Investigative file, including Report number OSBI2019-1143, and all digital evidence, photographs, and audio recordings. |
| 5. | Photographs of the shooting scene. |
| 6. | Still photos extracted from exhibits 2 and 3 |
| 7. | Dispatch recording of 911 call from Megan Timmons. |
| 8. | Dispatch recording of second call from Megan Timmons. |
| 9. | Dispatch recording of call to dispatch from Jeffrey Peterson. |
| 10. | Dispatch Incident Report. |
| 11. | CLEET Training summary for Marcus Beale. |
| 12. | Audio of police radio traffic. |
| 13. | Aerial/Google map of 902 E. Arlington, Ada, Ok. |
| 14. | Medical Examiner's report on Jeffrey Peterson. |
| 14. | All exhibits endorsed by the Plaintiff and Co-defendant, not objected to by this Defendant. |
| 15. | Additional exhibits produced in discovery that have not yet been identified. |

Respectfully submitted,

/s/ Scott B. Wood
Scott B. Wood, OBA 12536
WOOD, PUHL & WOOD, P.L.L.C.
2409 E. Skelly Drive, Suite 200
Tulsa, Oklahoma 74105
*Tel* (918) 742-0808 / *Fax* (918) 742-0812
*Attorneys for Marcus Beale*

## **CERTIFICATE OF SERVICE**

This is to certify that on October 29, 2021, I electronically transmitted the foregoing document to the following ECF registrants:

Jack Mattingly Jr.
Jeanette Samuels
Jarrett Adams
Sean McKelvey

/s/ Scott B. Wood