# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTY BAILEY, Personal Representative of the Estate of Jeffrey Peterson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ADA; and OFFICER MARCUS BEALE, OFFICER JUSSELY CANADA, OFFICER MICHAEL MEEKS, and OFFICER PHILLIP VOGT, )<br>)<br>Defendants. ) | Case No.  CIV-20-327-SPS |

## ORDER SETTING SECOND AMENDED SCHEDULING DEADLINES AND SETTLEMENT CONFERENCE DATE

There having been filed herein the Stipulation for Amended Scheduling Order Dates and Request for New Settlement Conference Date (Doc 46), the Court does hereby order that the Second Amended Scheduling Order is further modified as follows:

1. 12/11/21   Exchange and File **Witness List and Exhibit List**
2. 12/11/21   Exchange **Expert Witness Disclosures**
3. 1/11/22    **Discovery Completed**
4. 1/24/22    All **Dispositive Motions** Filed

The Court hereby defers entering any new Pretrial or Trial dates until after the filing of any dispositive motions.

Dated this 1st day of November, 2021.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma