IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

1) CHRISTY BAILEY, Personal Representative of the Estate Of Jeffrey Peterson,

    Plaintiff,

vs.

(1) CITY OF ADA,
(2) OFFICER MARCUS BEALE,
(3) OFFICER JUSSELY CANADA
(4) OFFICER MICHAEL MEEKS
(5) OFFICER PHILLIP VOGT

    Defendants.

Case No. 20-CV-327-SPS

### EXPERT WITNESS DISCLOSURE OF DEFENDANT MARCUS BEALE

**COMES NOW,** Defendant Marcus Beale, by and through his attorneys of record, and in accordance with the Court's Scheduling Order, hereby provides the following expert disclosures:

1. Tim Tipton, 4832 October Drive, Edmond, OK, 73034. Mr. Tipton may testify regarding police practices relating to training, investigation, arrest, and use of force, including deadly force.

2. Parris Ward, Video expert, Biodynamics Engineering, Inc., PO Box 722, Pacific Palisades, CA 90272, 310-454-0924. Mr. Ward will testify regarding the specifications of the body worn camera recording from the event and his synchronization of the videos for analysis.

3. All expert witnesses listed by co-defendants not objected to by this Defendant.

Respectfully submitted,

　/s/ Scott B. Wood
Scott B. Wood, OBA 12536
WOOD, PUHL & WOOD, P.L.L.C.
2409 E. Skelly Drive, Suite 200
Tulsa, Oklahoma 74105
*Tel* (918) 742-0808 / *Fax* (918) 742-0812
*Attorneys for Marcus Beale*

## CERTIFICATE OF SERVICE

This is to certify that on December 12, 2021, I electronically transmitted the foregoing document to the following ECF registrants:

Jack Mattingly Jr.
Jeanette Samuels
Jarrett Adams
Sean McKelvey