UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

1. CHRISTY BAILEY, Personal Representative )
of the Estate of Jeffrey Peterson )
)
                    **Plaintiff,** )
)
v. ) Case No. 6:20-CV-00327-JAR
)
1. CITY OF ADA; )
2. OFFICER MARCUS BEALE, )
3. OFFICER JUSSELY CANADA, )
4. OFFICER MICHAEL MEEKS, and )
5. OFFICER PHILLIP VOGT, )
)
                    **Defendants.** )

## JOINT STATUS DISCOVERY REPORT

The parties respectfully submit the following joint status discovery report pursuant to the Court's Minute Order (Dkt. 85) entered on September 19, 2022:

1. In response to Minute Order requirements Numbers 1, 2 and 3, the parties submit the following:

| PARTY ISSUING | TITLE OF DISCOVERY | DATE ISSUED | DATE OF RESPONSE | NUMBER OF PAGES PRODUCED |
|---|---|---|---|---|
| Plaintiff | Plaintiff's January 11, 2021 Discovery Request to Defendant City of Ada | 1/11/2021 | | |
| | City of Ada Response | | 2/22/2021 | 2 videos; 270 pages. (Bates 1-270) |
| Defendant City of Ada | Defendant City of Ada's First Set of Interrogatories to Plaintiff | 5/17/2021 | | |
| | Plaintiff's Response to Defendant City of Ada | | 3/6/2022 | |
| Defendant Phillip Vogt | Defendant Phillip Vogt's First Set of Interrogatories to Plaintiff | 5/17/2021 | | |
| | Plaintiff's Response to Defendant Phillip Vogt | | 3/6/2022 | |
| Defendant Jussely Canada | Defendant Jussely Canada's First Set of Interrogatories to Plaintiff | 5/17/2021 | | |

|  | Plaintiff's Response to Defendant Jussely Canada |  | 3/6/2022 |  |
| --- | --- | --- | --- | --- |
| Defendant Michael Meeks | Defendant Michael Meeks's First Set of Interrogatories to Plaintiff | 5/17/2021 |  |  |
|  | Plaintiff's Response to Defendant Michael Meeks |  | 3/6/2022 |  |
| Plaintiff | Plaintiff's First Set Interrogatories to Defendant City of Ada | 5/28/2021 |  |  |
|  |  |  | 9/28/2022 |  |
| Plaintiff | Plaintiff's First Set of Interrogatories to the Defendant Officers | 5/28/2021 |  |  |
|  | Defendant Marcus Beale's Responses to Interrogatories |  | 8/6/2021 |  |
|  | Defendant Jussely Canada's Responses to Interrogatories |  | 8/31/2021 |  |
|  | Defendant Phillip Vogt's Responses to Interrogatories |  | 8/31/2021 |  |
|  | Defendant Michael Meeks's Responses to Interrogatories |  | 9/1/2021 |  |
| Plaintiff | Plaintiff's Second Request for Production to Defendants | 5/28/2021 |  |  |
|  | Defendant City of Ada's Response to Plaintiff's Second Request for Production of Documents to Defendants |  | 9/1/2021 | 84 pages. (Bates 271-354) |
|  | Defendant City of Ada's Supplemental Response to Plaintiff's Second Request for Production of Documents to Defendants |  | 9/29/22 | 525 pages. (Bates 468-992) |
| Plaintiff | Plaintiff's Third Request for Production to Defendant City of Ada | 3/25/2022 |  |  |
|  | Defendant City of Ada's Response to Third Request for Production |  | 5/3/2022 | 11 photos; 122 pages (Bates 355-476) |
|  | Defendant City of Ada's Supplemental letter response |  | 6/21/2022 | 3 pages. (Not Bates Numbered) |

2. Concerning Minute Order requirement Number 4, the following witnesses have been deposed:

| PARTY ISSUING | DEPOSITION SUBPOENA/NOTICE | DATE REQUESTED | DATE DEPOSED |
|---|---|---|---|
| Plaintiff | Subpoena Megan Timmons | 2/21/2022 | 3/4/2022 |
| Plaintiff | Notice of Depositions: | 9/30/2021 | |
| | Defendant Phillip Vogt | | 10/18/2021 |
| | Defendant Michael Meeks | | 10/25/2021 |
| | Defendant Jussely Canada | | 10/26/2021 |
| | Defendant Marcus Beale | | 9/19/2022 |
| Defendant | Christy Bailey | | 9/16/22 |

3. Concerning Minute Order Requirement Number 5, the following witnesses remain to be deposed prior to November 28, 2022 discovery cut off: (a) a Federal Rule of Civil Procedure 30(b)(6) designee of Defendant City of Ada and (b) former City of Ada Police Officer Dewayne Campbell.

4. Concerning Minute Order Requirement Number 6, the parties submit the following list of subpoenas and responses thereto:

| PARTY ISSUING | TITLE OF DISCOVERY | DATE ISSUED | DATE OF RESPONSE | NUMBER OF PAGES PRODUCED | NOTES |
|---|---|---|---|---|---|
| PR | Ada Police Department Open Records Request | 12/6/2019 & 2/6/2020 | | | * sent via probate case |
| | Ada Police Department Response | | 2/14/2020 | 56 pages | |
| PR | Subpoena to Ada Police Department | 3/19/2020 | | | * sent via probate case |

3

| | | | | | |
|---|---|---|---|---|---|
| | No Response | | | | |
| PR | Subpoena to City of Ada | 3/19/2020 | | | * sent via probate case |
| | No Response | | | | |
| Plaintiff | Subpoena to OSBI | 1/14/2021 | | | |
| | OSBI Response | | 5/8/2021 | Case Reports (1,395 pages.); 911 calls, 2 recordings; 6 audio recordings 920 Transmission; Case Master Report (169 pages); multiple video interviews | |
| | OSBI Supplemental Response | | 12/6/2021 | 552 crime scene photos; 16 evidence processing photos | |
| Plaintiff | Subpoena to OSBI | 5/19/2022 | | | |
| | OSBI Response | | 9/13/2022 | 21 DVDs of recorded interviews of officers & witnesses; body cam recordings; 382 crime scene photos; 722 add'l photos; US Alert surveillance footage; raw scans and log files; | |
| Plaintiff | Subpoena to Ada Police Department | 1/15/2021 | | | |
| | No Response | | | | |
| Plaintiff | Subpoena to Vievu | 12/13/2021 | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Vievu Response |  | 1/20/2022 | 1 page |  |
| Plaintiff | Subpoena to CLEET | 5/19/2022 |  |  |  |
|  | CLEET Response |  | 6/1/2022 | 1,709 pgs. |  |

5.     Concerning Minute Order Requirement Number 7, the parties submit that there are no discovery issues that should be brought to the Court's attention at this time.

Dated: September 29, 2022.

ATTORNEYS FOR PLAINTIFF
MATTINGLY & ROSELIUS, PLLC

By:     *s/Jarrett Adams*
Jarrett Adams, NYS #5455712
Law Offices Of Jarrett Adams, PLLC
40 Fulton Street
Floor 23
New York, NY 10038
646-880-9707
Email: jadams@jarrettadamslaw.com
(Pro Hac Vice)

Jack Mattingly Jr., OBA No. 16136
215 E. Oak
P.O. Box 70
Seminole, OK 74818-0070
(405) 382-3333 Telephone
(405) 382-6303 Facsimile
jackjr@mroklaw.com

Jeanette Samuels, IL #6313890
Shiller Preyar Jarard & Samuels
601 South California Avenue
Chicago, IL 60612
312-226-4590
Email: sam@spjslaw.com
(Pro Hac Vice)

Ryan Kiesel, OBA #21254
3022 NW 39th St. #57532
Oklahoma City, OK 73157
405-303-1215
ryan@rkoklaw.com

ATTORNEYS FOR DEFENDANTS:

STEIDLEY & NEAL, P.L.L.C.
*Attorneys for Defendants City of Ada,*
*Jussely Canada, Michael Meeks, Phillip Vogt*

By: *s/ Sean M. McKelvey*
Sean M. McKelvey, OBA #17098
smm@steidley-neal.com
P.O. Box 1165
McAlester, OK 74502
(918)423-4611
(918)423-4620 – fax


WOOD, PUHL & WOOD, P.L.L.C.
*Attorneys for Defendant, Marcus Beale*


By: _____
Scott B. Wood, OBA No. 12536
2409 E. Skelly Drive, Suite 200
Tulsa, OK 74105
T: (918) 742-0808
F: (918) 742-0812
E: okcoplaw@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29 2022, I served a true and complete copy of the foregoing JOINT STATUS DISCOVERY REPORT upon all counsel of record listed below via the CM/ECF system for the United States District Court for the Eastern District of Oklahoma.

| Sean McKelvey | ssm@steidley-neal.com |
| Scott B. Wood | okcoplaw@gmail.com |

*s/Jarrett Adams*
Jarrett Adams