# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTY BAILEY, as Personal Representative of the Estate of Jeffrey Peterson, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ADA;<br>OFFICER MARCUS BEALE;<br>OFFICER JUSSELY CANADA;<br>OFFICER MICHAEL MEEKS; and<br>OFFICER PHILLIP VOGT.<br><br>Defendants. | Case No. CIV-20-327-JAR |

### OPINION AND ORDER

This matter comes before the Court on the Order and Judgment entered by the Tenth Circuit Court of Appeals on June 12, 2025 pertaining to this Court denial of the summary judgment motion filed by Officer Marcus Beale. The Tenth Circuit reversed this Court's denial of Officer Beale's claim of qualified immunity and directed that his motion for summary judgment be granted in its entirety. Based upon the determination made in the Tenth Circuit's opinion, the Motion will be granted and Officer Beale will be entitled to qualified immunity on the § 1983 claims asserted against him in this action.

Further, because this Court's partial denial of the City of Ada's summary judgment was based upon the denial of Officer Beale's claim to qualified immunity, the City of Ada's Motion will also be granted in toto. A judgment will also be entered in favor of all Defendants in this action.

IT IS THEREFORE ORDERED that the Motion for Summary Judgment filed by Defendant City of Ada (Docket Entry No. 94) is hereby **GRANTED** on all federal claims.  This Court declines to exercise supplemental jurisdiction over the state law claims asserted in this action against the City of Ada.

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by Defendant Officer Marcus Beale (Docket Entry No. 95) is hereby **GRANTED** on all federal claims.  Officer Marcus Beale is entitled to qualified immunity on all § 1983 asserted against him.  This Court declines to exercise supplemental jurisdiction over the state law claims asserted in this action against Officer Beale.

IT IS SO ORDERED this 30th day of September, 2025.

_____
JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE